PER CURIAM.
Affirmed. See State v. Sheperd, 479 So.2d 106 (Fla.1985); Davis v. State, 461 So.2d 67, 70-71 (Fla.1984), cert. denied, — U.S. -, 105 S.Ct. 3540, 87 L.Ed.2d 663 (1985); Breedlove v. State, 413 So.2d 1, 8 (Fla.), cert. denied, 459 U.S. 882, 103 S.Ct. 184, 74 L.Ed.2d 149 (1982); White v. State, 377 So.2d 1149 (Fla.1979), cert. denied, 449 U.S. 845, 101 S.Ct. 129, 66 L.Ed.2d 54 (1982); Allen v. State, 424 So.2d 101 (Fla. 1st DCA 1982), review denied, 436 So.2d 97 (Fla.1983).